IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01626-REB-CBS

JERRY BRISTON,

    Plaintiff,

v.

WASTE MANAGEMENT REGIONAL MANAGER,
JOE GONZALEZ,
HQ USAFA/JAD, and
KATIE L. SMITH,

    Defendants.

## ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE

The above captioned case has been referred to Magistrate Judge Craig B. Shaffer by District Judge Robert E. Blackburn, pursuant to the Order of Reference dated August 18, 2006. *See* 28 U.S.C. § 636(b)(1)(A) and (B) and FED.R.CIV.P. 72(a) and (b).

It is hereby **ORDERED** that a preliminary Scheduling Conference is set for **October 11, 2006,** at **10:00 a.m.,** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

The parties need not comply with the requirements of FED.R.CIV.P. 16 and D.C.COLOL.CIVR. 16.2 and 26.1. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

It is the responsibility of the **Plaintiff** to notify all parties who have not entered an appearance of the date and time of the preliminary scheduling conference.

DATED at Denver, Colorado, this 22nd day of August, 2006.

BY THE COURT:

<u>*s/Craig B. Shaffer*</u>
Craig B. Shaffer
United States Magistrate Judge