**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01626-REB-CBS

JERRY BRISTON,

    Plaintiff,

v.

WASTE MANAGEMENT REGIONAL MANAGER,
JOE GONZALEZ,
HQ USAFA/JAD, and
KATIE L. SMITH,

    Defendants.

## ORDER OF DISMISSAL AND REMAND

**Blackburn, J.**

The matter comes before the court on the **Stipulation of Dismissal of Case Pursuant to Fed.R.Civ.P. 41** [#11], filed October 11, 2006. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved, that is action should be dismissed with prejudice as to the federal defendants, HQ USAF/JAD and Katie L. Smith; and that the case should be remanded to the small claims division for the County Court of El Paso County, Colorado, to facilitate litigation of the remaining claims against the remaining non-federal defendants.

**THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal of Case Pursuant to Fed.R.Civ.P. 41** [#11], filed October 11, 2006, is **APPROVED**;

    2. That plaintiff's claims against the federal defendants, HQ USAF/JAD and Katie L. Smith, **ARE DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That defendants, HQ USAF/JAD and Katie L. Smith, **ARE DROPPED** as parties to this action, and the case caption **IS AMENDED** accordingly; and

4. That the case **IS REMANDED** to the small claims division for the County Court of El Paso County, Colorado (where it was originally filed as 2006S-000879).

Dated October 11, 2006, at Denver, Colorado.

                                **BY THE COURT:**

                                **s/ Robert E. Blackburn**
                                **Robert E. Blackburn**
                                **United States District Judge**